**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Riverside DIVISION**

In re: PATRON GROUP, INC.　　　　　　§　　Case No. 6:17-bk-17408-SY
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　Lynda Bui, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $30,100.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $73,400.96 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $20,825.39 | | |

　　　　3) Total gross receipts of $94,226.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $94,226.35 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $48,439.49 | $43,062.73 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $20,720.64 | $20,825.39 | $20,825.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $14,789.13 | $14,789.13 | $14,789.13 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $718,956.05 | $533,456.45 | $73,951.45 | $58,611.83 |
| **TOTAL DISBURSEMENTS** | $767,395.54 | $612,028.95 | $109,565.97 | $94,226.35 |

4) This case was originally filed under chapter 7 on 09/01/2017.  The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/09/2019           By: /s/ Lynda Bui
                                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R 90 days old or less. Face amount = $145,814.85. Doubtful/Uncollectible accounts = $0.00. | 1121-000 | $94,226.35 |
| **TOTAL GROSS RECEIPTS** | | **$94,226.35** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Wells Fargo Vendor Financial Services LLC | 4110-000 | NA | $43,062.73 | $0.00 | $0.00 |
| N/F | Inland Boat, Inc. | 4110-000 | $48,439.49 | NA | NA | NA |
| | **TOTAL SECURED** | | **$48,439.49** | **$43,062.73** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lynda Bui | 2100-000 | NA | $7,961.32 | $7,961.32 | $7,961.32 |
| Trustee, Expenses - Lynda Bui | 2200-000 | NA | $208.69 | $208.69 | $208.69 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $0.00 | $104.75 | $104.75 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,322.99 | $1,322.99 | $1,322.99 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD <b>(ADMINISTRATIVE)</b> | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Accountant for Trustee Fees (Other Firm) - LEA Accountancy, LLP | 3410-000 | NA | $10,208.50 | $10,208.50 | $10,208.50 |
| Accountant for Trustee Expenses (Other Firm) - LEA Accountancy, LLP | 3420-000 | NA | $219.14 | $219.14 | $219.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $20,720.64 | $20,825.39 | $20,825.39 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | FRANCHISE TAX BOARD | 5800-000 | NA | $2,295.24 | $2,295.24 | $2,295.24 |
| 3P | Centralized Insolvency operation | 5800-000 | NA | $12,493.89 | $12,493.89 | $12,493.89 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $14,789.13 | $14,789.13 | $14,789.13 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wilrub Enterprises Inc. | 7100-000 | $7,000.00 | $2,550.00 | $2,550.00 | $2,021.06 |
| 2U | FRANCHISE TAX BOARD | 7100-000 | $1,200.00 | $124.90 | $124.90 | $98.99 |
| 3U | Centralized Insolvency operation | 7100-000 | NA | $1,200.00 | $1,200.00 | $951.09 |
| 4 | J & W Redwood Lumber Co Inc | 7100-000 | $11,221.00 | $11,209.67 | $11,209.67 | $8,884.47 |
| 5 | American Express Bank, FSBc/o Becket and Lee LLP | 7100-000 | $23,000.00 | $13,592.03 | $13,592.03 | $10,772.66 |
| 6 | SCP DISTRIBUTORS LLCATTN CBAKER | 7100-000 | $13,719.00 | $13,240.69 | $13,240.69 | $10,494.20 |
| 7-2 | AMERICAN CONTRACTORS INDEMNITYCOMPANY | 7100-000 | NA | $14,292.95 | $14,292.95 | $11,328.19 |
| 8 | DAVID AND HEATHER LINDER | 7100-000 | $0.00 | $459,505.00 | $0.00 | $0.00 |
| 9-2 | Collin Miller | 7100-000 | $0.00 | $15,588.97 | $15,588.97 | $12,355.37 |
| 10 | Western National Mutual Insurance Company Thomas R Pettygrove Surety Claim Manager | 7100-000 | $0.00 | $2,061.91 | $2,061.91 | $1,634.21 |
| 11 | Ewing Irrigation Products Inc | 7100-000 | $90.00 | $90.33 | $90.33 | $71.59 |
| N/F | Action Special Inspections | 7100-000 | $480.00 | NA | NA | NA |
| N/F | Alaska USA Federal Credit Union | 7100-000 | $13,000.00 | NA | NA | NA |
| N/F | Alex Albarran Concrete Pumping | 7100-000 | $232.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Angeles Patio Covers& Awning | 7100-000 | $3,362.05 | NA | NA | NA |
| N/F | Angelus Block Co.INC | 7100-000 | $3,952.00 | NA | NA | NA |
| N/F | Aqua Sun | 7100-000 | $3,485.00 | NA | NA | NA |
| N/F | Boone's Concrete Pumping | 7100-000 | $250.00 | NA | NA | NA |
| N/F | Bradle & Sons Concrete | 7100-000 | $1,463.00 | NA | NA | NA |
| N/F | Buck Concrete Pumping | 7100-000 | $930.00 | NA | NA | NA |
| N/F | Budget Cuts Inc. | 7100-000 | $7,306.00 | NA | NA | NA |
| N/F | CR&R | 7100-000 | $69.00 | NA | NA | NA |
| N/F | Capital one | 7100-000 | $1,400.00 | NA | NA | NA |
| N/F | Capital one | 7100-000 | $600.00 | NA | NA | NA |
| N/F | Capital one | 7100-000 | $2,600.00 | NA | NA | NA |
| N/F | CentralizedInsolvency operation | 7100-000 | $60,548.00 | NA | NA | NA |
| N/F | CentralizedInsolvency operation | 7100-000 | $62,000.00 | NA | NA | NA |
| N/F | CentralizedInsolvency operation | 7100-000 | $88,365.00 | NA | NA | NA |
| N/F | Chris Gregory Concrete Pumping | 7100-000 | $395.00 | NA | NA | NA |
| N/F | Citibank | 7100-000 | $2,600.00 | NA | NA | NA |
| N/F | Citibank (PO Box 6497 Sioux Falls, SD 57117) / Sears | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Craig Litch Oak Ridge | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Credit one Bank N.A. | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Darclays Bank Delaware | 7100-000 | $400.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Darlene Tydingco | 7100-000 | $0.00 | NA | NA | NA |
| N/F | David & Susan Bailey | 7100-000 | $0.00 | NA | NA | NA |
| N/F | David & Susan Bailey | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dayton Aggregates | 7100-000 | $2,557.00 | NA | NA | NA |
| N/F | Discovery financial Services LLC | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | Extreme Pools Inc | 7100-000 | $5,350.00 | NA | NA | NA |
| N/F | Flores pre-Cast | 7100-000 | $1,065.00 | NA | NA | NA |
| N/F | Gomez Concreate Pump | 7100-000 | $525.00 | NA | NA | NA |
| N/F | HUB HAS IT | 7100-000 | $4,083.00 | NA | NA | NA |
| N/F | Helzer's Construction Services | 7100-000 | $575.00 | NA | NA | NA |
| N/F | Hugo Larios Curbing | 7100-000 | $370.00 | NA | NA | NA |
| N/F | Iniguez Concreate Pumping | 7100-000 | $609.00 | NA | NA | NA |
| N/F | J& W Lumber | 7100-000 | $119.00 | NA | NA | NA |
| N/F | Laura and Garry Garfine | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lopez Rock Formation | 7100-000 | $4,500.00 | NA | NA | NA |
| N/F | MCDES ROCK PUMPING | 7100-000 | $1,969.00 | NA | NA | NA |
| N/F | Mohela/ Department of Education | 7100-000 | $8,000.00 | NA | NA | NA |
| N/F | Mor Furniture | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | New Era Pros | 7100-000 | $45.00 | NA | NA | NA |
| N/F | Nicole Medina | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nielsen Decorative Iron | 7100-000 | $3,800.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | ORCO BLOCK | 7100-000 | $6,181.00 | NA | NA | NA |
| N/F | Olma's Pool Plastering, Inc | 7100-000 | $17,200.00 | NA | NA | NA |
| N/F | Ontario Pool Tile, Inc | 7100-000 | $9,018.00 | NA | NA | NA |
| N/F | Osborne Rincon, CPAs | 7100-000 | $1,100.00 | NA | NA | NA |
| N/F | PEP | 7100-000 | $18,851.00 | NA | NA | NA |
| N/F | Paychex | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Paypal Credit Card | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Phil's Concreate Pumping, Inc | 7100-000 | $2,236.00 | NA | NA | NA |
| N/F | Prime Concrete Pumping, Inc | 7100-000 | $921.00 | NA | NA | NA |
| N/F | Quorum Federal Credit Union | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | R&R Concrete Pumping | 7100-000 | $688.00 | NA | NA | NA |
| N/F | Robertsons | 7100-000 | $64,042.00 | NA | NA | NA |
| N/F | Roseburrough tool Company | 7100-000 | $11.00 | NA | NA | NA |
| N/F | Roy Nolan Bins | 7100-000 | $125.00 | NA | NA | NA |
| N/F | S&J Concrete Pumping, Inc | 7100-000 | $366.00 | NA | NA | NA |
| N/F | See Atachment 1 | 7100-000 | $60,000.00 | NA | NA | NA |
| N/F | See Atachment 2 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Southland Gunite Inc. | 7100-000 | $3,235.00 | NA | NA | NA |
| N/F | State Compensation Insurance Fund | 7100-000 | $70,000.00 | NA | NA | NA |
| N/F | Sunbelt Rentals, Inc | 7100-000 | $3,300.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Superior Pool Product | 7100-000 | $684.00 | NA | NA | NA |
| N/F | Superior READY MIX | 7100-000 | $49,312.00 | NA | NA | NA |
| N/F | Thompson Construction Supply Door & Frame | 7100-000 | $51,649.00 | NA | NA | NA |
| N/F | Thomson Building Material | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tokio Marine HCC - Surety Group | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tony Albarran Corporate Pumping | 7100-000 | $273.00 | NA | NA | NA |
| N/F | Vonage | 7100-000 | $0.00 | NA | NA | NA |
| N/F | West Coast Turf | 7100-000 | $3,195.00 | NA | NA | NA |
| N/F | White house Sanitation | 7100-000 | $335.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$718,956.05** | **$533,456.45** | **$73,951.45** | **$58,611.83** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 1

Case No.: 6:17-bk-17408-SY
Case Name: PATRON GROUP, INC.

For Period Ending: 08/09/2019

Trustee Name: (001150) Lynda Bui
Date Filed (f) or Converted (c): 09/01/2017 (f)
§ 341(a) Meeting Date: 10/05/2017
Claims Bar Date: 01/16/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account - Payroll Account<br>Account at Location: Union Bank<br>Burdensome and of inconsequential value to the estate. | 100.00 | 0.00 | | 0.00 | FA |
| 2 | A/R 90 days old or less. Face amount = $145,814.85. Doubtful/Uncollectible accounts = $0.00.<br>The Trustee has confirmed with the amount of outstanding A/R and has collected it. | 145,814.85 | 94,226.35 | | 94,226.35 | FA |
| 3 | Bobcat utiilty vehicle 62" Lo-Pro.<br>The property is over encumbered. Secured Debt in the amount of $48,439.49. | 30,000.00 | 0.00 | | 0.00 | FA |
| 3 | **Assets Totals (Excluding unknown values)** | **$175,914.85** | **$94,226.35** | | **$94,226.35** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

Form 1

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 2

| | |
|---|---|
| **Case No.:** 6:17-bk-17408-SY | **Trustee Name:** (001150) Lynda Bui |
| **Case Name:** PATRON GROUP, INC. | **Date Filed (f) or Converted (c):** 09/01/2017 (f) |
| | **§ 341(a) Meeting Date:** 10/05/2017 |
| **For Period Ending:** 08/09/2019 | **Claims Bar Date:** 01/16/2018 |

**Major Activities Affecting Case Closing:**

03.13.19 Status: The Order reclassifying Claim 4 has been entered. The Trustee anticipates submitting the TFR on or before March 31, 2019.

12.31.18 Status: The Trustee will be objecting to reclassify claim 4. The Trustee has received the tax clearance letter. The Trustee anticipates submitting the TFR on or before the projected date.

09.30.18 Status: The Trustee is in the process of resolving claims issues. The Trustee anticipates submitting the TFR on or before the projected date.

06.30.18 Status: Administration is complete. The Trustee has employed an accountant to prepare the estate's tax returns. The Trustee is resolving some claims issues. The Trustee anticipates submitting the TFR on or before the projected date.

03.31.18 Status: The Trustee has recently sent out demand letters for the remaining outstanding AR.

12.31.17 Status: Trustee is investigating and collecting the AR and potential avoidance claims. The case is in its early stages.

GENERAL
03/06/19 Order Granting Motion To Reclassify Claims (BNC-PDF) #4 Claimant: J & W Redwood Lumber Co., Inc.
01/14/19 Trustees Motion For Order Reclassifying Claim 4 Filed by J & W Redwood Lumber Co., Inc - Hearing 2/28/19 at 9:30 a.m.
07/10/18 Application for Compensation of Final Fees and/or Expenses for LEA Accountancy, LLP, Accountant, Period: 12/28/2017 to 7/3/2018, Fee: $10,208.50, Expenses: $219.14.
06/22/18 Notice to Pay Court Costs Due Sent To: Lynda T Bui, Total Amount Due $0
06/21/18 Notice to Professionals filed by Trustee
02/15/18 Order Granting Application Authorizing Trustee to Employ LEA Accountancy, LLP as Accountant
01/17/18 Application to Employ LEA Accountancy, LLP as Accountant Filed by Accountant LEA Accountancy, LLP
10/11/17 Notice of Assets filed by Trustee


PROFESSIONALS
Accountant: LEA Accountancy, LLP

LITIGATION
N/A

INSURANCE
N/A

TAX STATUS
Prompt determination letter has been received.

CLAIMS STATUS
Proofs of Claims due by 1/16/18. Government Proof of Claim due by 2/28/18. The Trustee has reviewed and resolved claims.

CLOSING
The Trustee anticipates submitting the TFR on or before March 31, 2019.

**Initial Projected Date Of Final Report (TFR):** 08/31/2020     **Current Projected Date Of Final Report (TFR):** 04/26/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

**Case No.:** 6:17-bk-17408-SY
**Case Name:** PATRON GROUP, INC.

**Trustee Name:** (001150) Lynda Bui
**Date Filed (f) or Converted (c):** 09/01/2017 (f)
**§ 341(a) Meeting Date:** 10/05/2017

**For Period Ending:** 08/09/2019

**Claims Bar Date:** 01/16/2018

| 08/09/2019 | /s/Lynda Bui |
|---|---|
| Date | Lynda Bui |

Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 6:17-bk-17408-SY | Trustee Name: | Lynda Bui (001150) |
|---|---|---|---|
| Case Name: | PATRON GROUP, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5670 | Account #: | ******3700 Checking |
| For Period Ending: | 08/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/14/17 | {2} | Tri Pointe Homes, Inc | Turnover of Accounts Receivable held by American Landscape | 1121-000 | 9,463.23 | | 9,463.23 |
| 12/14/17 | {2} | Tri Pointe Homes, Inc | Turnover of Accounts Receivable held by American Landscape | 1121-000 | 5,452.12 | | 14,915.35 |
| 12/14/17 | {2} | Tri Pointe Homes, Inc | Turnover of Accounts Receivable held by American Landscape | 1121-000 | 17,915.50 | | 32,830.85 |
| 12/14/17 | {2} | Tri Pointe Homes, Inc | Turnover of Accounts Receivable held by American Landscape | 1121-000 | 5,284.50 | | 38,115.35 |
| 12/14/17 | {2} | Lennar Homes | Turnover of Accounts Receivable held by American Landscape | 1121-000 | 2,740.00 | | 40,855.35 |
| 12/14/17 | {2} | Lennar Homes | Turnover of Accounts Receivable held by American Landscape | 1121-000 | 27,167.25 | | 68,022.60 |
| 12/14/17 | {2} | Lennar Homes | Turnover of Accounts Receivable held by American Landscape | 1121-000 | 26,203.75 | | 94,226.35 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 67.76 | 94,158.59 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 148.97 | 94,009.62 |
| 02/02/18 | 101 | INTERNATIONAL SURETIES, LTD | Bond #016030866 | 2300-000 | | 50.33 | 93,959.29 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 126.17 | 93,833.12 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 134.96 | 93,698.16 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 130.27 | 93,567.89 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 148.05 | 93,419.84 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 129.89 | 93,289.95 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 143.12 | 93,146.83 |
| 08/14/18 | 102 | INTERNATIONAL SURETIES, LTD | Bond No. 016030866 | 2300-000 | | 0.13 | 93,146.70 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 138.44 | 93,008.26 |
| 09/18/18 | 103 | INTERNATIONAL SURETIES, LTD | Bond No. 016030866 | 2300-000 | | 3.66 | 93,004.60 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 71.34 | 92,933.26 |
| 10/30/18 | 104 | INTERNATIONAL SURETIES, LTD | Bond 016030866 | 2300-000 | | 1.78 | 92,931.48 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 84.02 | 92,847.46 |

Page Subtotals: **$94,226.35** **$1,378.89**

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 6:17-bk-17408-SY | Trustee Name: | Lynda Bui (001150) |
|---|---|---|---|
| Case Name: | PATRON GROUP, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5670 | Account #: | ******3700 Checking |
| For Period Ending: | 08/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/29/19 | 105 | INTERNATIONAL SURETIES, LTD | Bond 016030866 - 1/4/19 to 1/4/20 | 2300-000 | | 48.85 | 92,798.61 |
| 03/06/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******1969 | Transition Debit to Metropolitan Commercial Bank acct 3910011969 | 9999-000 | | 92,798.61 | 0.00 |
| | | **COLUMN TOTALS** | | | 94,226.35 | 94,226.35 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 92,798.61 | |
| | | **Subtotal** | | | 94,226.35 | 1,427.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$94,226.35** | **$1,427.74** | |

Form 2

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 6:17-bk-17408-SY | Trustee Name: | Lynda Bui (001150) |
|---|---|---|---|
| Case Name: | PATRON GROUP, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5670 | Account #: | ******1969 Demand Deposit Account |
| For Period Ending: | 08/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/06/19 |  | Transfer Credit from Rabobank, N.A. acct ******3700 | Transition Credit from Rabobank, N.A. acct 5020803700 | 9999-000 | 92,798.61 |  | 92,798.61 |
| 06/10/19 | 1000 | Lynda Bui | Distribution payment - Dividend paid at 100.00% of $7,961.32; Claim # FEE; Filed: $7,961.32 | 2100-000 |  | 7,961.32 | 84,837.29 |
| 06/10/19 | 1001 | Lynda Bui | Distribution payment - Dividend paid at 100.00% of $208.69; Claim # TE; Filed: $208.69 | 2200-000 |  | 208.69 | 84,628.60 |
| 06/10/19 | 1002 | LEA Accountancy, LLP | Distribution payment - Dividend paid at 100.00% of $10,208.50; Claim # ; Filed: $10,208.50 | 3410-000 |  | 10,208.50 | 74,420.10 |
| 06/10/19 | 1003 | LEA Accountancy, LLP | Distribution payment - Dividend paid at 100.00% of $219.14; Claim # ; Filed: $219.14 | 3420-000 |  | 219.14 | 74,200.96 |
| 06/10/19 | 1004 | FRANCHISE TAX BOARD <b>(ADMINISTRATIVE)</b> | Distribution payment - Dividend paid at 100.00% of $800.00; Claim # 13; Filed: $800.00 | 2820-000 |  | 800.00 | 73,400.96 |
| 06/10/19 | 1005 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 100.00% of $2,295.24; Claim # 2P; Filed: $2,295.24 | 5800-000 |  | 2,295.24 | 71,105.72 |
| 06/10/19 | 1006 | Centralized Insolvency operation | Distribution payment - Dividend paid at 100.00% of $12,493.89; Claim # 3P; Filed: $12,493.89 | 5800-000 |  | 12,493.89 | 58,611.83 |
| 06/10/19 | 1007 | Wilrub Enterprises Inc. | Distribution payment - Dividend paid at 79.26% of $2,550.00; Claim # 1; Filed: $2,550.00 | 7100-000 |  | 2,021.06 | 56,590.77 |
| 06/10/19 | 1008 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 79.26% of $124.90; Claim # 2U; Filed: $124.90 | 7100-000 |  | 98.99 | 56,491.78 |
| 06/10/19 | 1009 | Centralized Insolvency operation | Distribution payment - Dividend paid at 79.26% of $1,200.00; Claim # 3U; Filed: $1,200.00 | 7100-000 |  | 951.09 | 55,540.69 |
| 06/10/19 | 1010 | J & W Redwood Lumber Co Inc | Distribution payment - Dividend paid at 79.26% of $11,209.67; Claim # 4; Filed: $11,209.67 | 7100-000 |  | 8,884.47 | 46,656.22 |
| 06/10/19 | 1011 | American Express Bank, FSBc/o Becket and Lee LLP | Distribution payment - Dividend paid at 79.26% of $13,592.03; Claim # 5; Filed: $13,592.03 | 7100-000 |  | 10,772.66 | 35,883.56 |
| 06/10/19 | 1012 | SCP DISTRIBUTORS LLCATTN CBAKER | Distribution payment - Dividend paid at 79.26% of $13,240.69; Claim # 6; Filed: $13,240.69 | 7100-000 |  | 10,494.20 | 25,389.36 |
| 06/10/19 | 1013 | AMERICAN CONTRACTORS INDEMNITYCOMPANY | Distribution payment - Dividend paid at 79.26% of $14,292.95; Claim # 7-2; Filed: $14,292.95 | 7100-000 |  | 11,328.19 | 14,061.17 |
| 06/10/19 | 1014 | Collin Miller | Distribution payment - Dividend paid at 79.26% of $15,588.97; Claim # 9-2; Filed: $15,588.97 | 7100-000 |  | 12,355.37 | 1,705.80 |
| 06/10/19 | 1015 | Western National Mutual Insurance Company Thomas R Pettygrove Surety Claim Manager | Distribution payment - Dividend paid at 79.26% of $2,061.91; Claim # 10; Filed: $2,061.91 | 7100-000 |  | 1,634.21 | 71.59 |

Page Subtotals:    $92,798.61    $92,727.02

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 6:17-bk-17408-SY | Trustee Name: | Lynda Bui (001150) |
|---|---|---|---|
| Case Name: | PATRON GROUP, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5670 | Account #: | ******1969 Demand Deposit Account |
| For Period Ending: | 08/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/10/19 | 1016 | Ewing Irrigation Products Inc | Distribution payment - Dividend paid at 79.25% of $90.33; Claim # 11; Filed: $90.33 | 7100-000 | | 71.59 | 0.00 |
| | | | COLUMN TOTALS | | 92,798.61 | 92,798.61 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 92,798.61 | 0.00 | |
| | | | Subtotal | | 0.00 | 92,798.61 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $92,798.61 | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)        *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 5

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 6:17-bk-17408-SY | **Trustee Name:** | Lynda Bui (001150) |
| **Case Name:** | PATRON GROUP, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***5670 | **Account #:** | ******1969 Demand Deposit Account |
| **For Period Ending:** | 08/09/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $94,226.35 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $94,226.35 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3700 Checking | $94,226.35 | $1,427.74 | $0.00 |
| ******1969 Demand Deposit Account | $0.00 | $92,798.61 | $0.00 |
| | **$94,226.35** | **$94,226.35** | **$0.00** |

| | |
|---|---|
| 08/09/2019 | /s/Lynda Bui |
| Date | Lynda Bui |

UST Form 101-7-TDR (10 /1/2010)